IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01255-REB-MEH

HILTON McCLENDON, JR,

    Plaintiff,

v.

JBS USA, LLC.,

    Defendant.

_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

Before the Court is Plaintiff's affidavit for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court **grants** Plaintiff leave to proceed *in forma pauperis* [docket #7]. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendant or counsel for the Defendant shall respond to the Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendant.

Dated this 17th day of June, 2015 in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge