IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01255-REB-MEH

HILTON McCLENDON, JR,

    Plaintiff,

v.

JBS USA, LLC.,

    Defendant.

___

### MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2015.**

    Plaintiff's Motion to Allow Second Amended Complaint [filed October 6, 2015; docket #29] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 15.1(b), which requires a party who files an opposed motion for leave to amend a pleading to attach as an exhibit a copy of the proposed amended pleading, striking through the text to be deleted and underling the text to be added.

    Should Plaintiff choose to re-file his motion, he must do so **on or before October 12, 2015**. Should Defendant choose to respond, it must do so **on or before October 19, 2015**. No further briefing will be allowed.