IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:15-cv-01255-REB-MEH

HILTON McCLENDON, JR.,

    Plaintiff,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY, a Delaware limited liability company,

    Defendants.

_____

## MOTION TO ALLOW SECOND AMENDED COMPLAINT
_____

Plaintiff, Hilton McClendon, Jr., through his counsel, Robert L. Allman, Esq., of Allman & Mitzner, LLC and James L. Abrams, Esq., hereby submits his Motion to Allow Late Submission of Plaintiff's Rebuttal Expert Disclosure as follows:

<u>Certificate of Compliance</u>:   Plaintiff's counsel has communicated with Defendants' counsel.  Defendants' counsel objects to the relief requested by this Motion.

1. Plaintiff's Complaint was filed on June 12, 2015 and his Amended Complaint was filed June 22, 2015.

2. Defendants filed a Motion for Partial Dismissal on August 28, 2015. Plaintiff is responding to that motion. As part of his response, Plaintiff has amended his Complaint.

3. Plaintiff respectfully requests that he be allowed to file his Second Amended Complaint, filed contemporaneously herewith.

4.     There is no prejudice to any party, and allowing this filing is in the interest of fairness and the orderly administration of the case.

5.     A proposed order is attached for the Court's consideration.

WHEREFORE, Plaintiff prays for the granting of this Motion to Allow Second Amended Complaint, together with such other relief as is proper.

Respectfully submitted this 6th day of October, 2015.

ALLMAN & MITZNER, LLC

*Original signature on file*

By:  /s/ Robert L. Allman
       Robert L. Allman, Esq.
4100 E. Mississippi Avenue, Suite 1600
Denver, CO 80246
(303) 293-9393
(303) 293-3130 (fax)
rallman@allman-mitzner.com

James L. Abrams, Esq.
401 Westwood Drive
Denver, CO 80206
(303) 321-6087
abramsjim@gmail.com

Attorneys for Plaintiff, Matthew Giblin

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October, 2015, I caused a true and exact copy of the above and foregoing MOTION TO ALLOW SECOND AMENDED COMPLAINT to be filed via CM/ECF, who will serve it via email upon the following, and via email to:

    W.V. Bernie Siebert, Esq.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
(303) 299-8222
bsiebert@shermanhoward.com

*Original signature on file*

      /s/ Robert L. Allman            .