**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-01255-RED-MEH

HILTON McCLENDON, JR.,

    Plaintiff,

v.

JBS USA, LLC d/b/a JBS SWIFT & COMPANY, a Delaware limited liability company,

    Defendants.

## ORDER DENYING AS MOOT MOTION TO STRIKE CLASS ALLEGATIONS

**Blackburn, J.**

The matter before me is **Defendant's Motion for Dismissal of Second Amended Complaint and Brief in Support Thereof** [#34],[1] filed October 19, 2015.[2] The day after the motion was filed, however, the magistrate judge granted plaintiff's **Motion To Allow Second Amended Complaint** [#32], filed October 8, 2015, and plaintiff's **Second Amended Complaint and Jury Demand (With Edits Marked)** [#38], was filed October 20, 2015.[3]

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] With the consent of the magistrate judge, the prior **Order of Reference** [#36], filed October 20, 2015, of this motion is withdrawn.

[3] The apparent confusion in the numbering of the amendments stems from defendant's incorrect designation of the pleading to which his motion [#34] is directed. The apposite document is entitled simply **Amended Complaint and Jury Demand** [#12], filed June 22, 2015. The latest iteration of the complaint is properly designated as a Second Amended Complaint.

The filing of an amended complaint moots a motion directed at the superseded complaint.  *See Griggs v. Jornayvaz*, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); *United States ex rel. Babb v. Northrop Grumman Corp.*, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007).  Therefore, the currently pending motion will be denied without prejudice on that basis.

**THEREFORE, IT IS ORDERED** as follows:

1.  That with the consent of the magistrate judge, the **Order of Reference** [#36], filed October 20, 2015, is withdrawn; and

2.  That **Defendant's Motion for Dismissal of Second Amended Complaint and Brief in Support Thereof** [#34], filed October 19, 2015, is denied without prejudice as moot.

Dated November 6, 2015, at Denver, Colorado.

BY THE COURT:

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge