IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01255-REB-MEH

HILTON McCLENDON, JR,

    Plaintiff,

v.

JBS USA, LLC.,

    Defendant.

———————————————————————————————————————

## MINUTE ORDER
———————————————————————————————————————

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 12, 2015.**

Plaintiff's Unopposed Motion to Amend Scheduling Order [filed November 10, 2015; docket #46] is **granted**. The Scheduling Order at docket #41 is amended as follows:

IX. CASE PLAN AND SCHEDULE

D.    Expert Witness Disclosure:
1. The parties shall identify anticipated fields of expert testimony, if any: Plaintiff: Plaintiff anticipates he may present an expert physician or other medical provider regarding his disability. Defendant: Defendant anticipates using rebuttal experts in areas addressed by Plaintiff.
2. Limitations which the parties propose on the use or number of expert witnesses: No more than two expert witnesses per side.
3. The parties shall designate all experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 29, 2016.
4. The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 28, 2016.

The remainder of the Scheduling Order remains unchanged.