# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-01255-REB-MEH

HILTON McCLENDON, JR.,

    Plaintiff,

v.

JBS USA, LLC, d/b/a JBS SWIFT & COMPANY, a Delaware limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulated Motion To Dismiss with Prejudice** [#49][1] filed December 18, 2015. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss with Prejudice** is granted;

    2. That all pending pretrial deadlines are vacated;

    3. That the combined Final Pretrial Conference/Trial Preparation Conference set August 25, 2016, is vacated;

    4. That the jury trial set to commence September 12, 2016, is vacated; and

---

[1] "[#49]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

5. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated December 18, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge